UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN L. BROWN,<br><br>        Plaintiff,<br><br>  v.<br><br>LINDA T. McGREW, et al.,<br><br>        Defendants. | No. ED CV 13-01497-DMG (VBK)<br><br>ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE SECOND AMENDED COMPLAINT AND ACTION |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint and all other papers along with the Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation. Further, the Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected.

    **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, (2) revoking Plaintiff's In Forma Pauperis status; and (3) directing this action be

//

//

//

1 | dismissed without prejudice and that judgment be entered accordingly,
2 | unless Plaintiff pays the full statutory filing fee of $350.00 within
3 | 21 days from the date of this Order.

DATED: December 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE